ALCEE BROWN (#223287)                          CIVIL ACTION

VERSUS
                                               NO. 12-161-FJP-SCR
LOUISIANA DEPARTMENT OF
PUBLIC AND CORRECTIONS

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that the plaintiff's action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), and without leave of court to amend the complaint.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 24, 2012.

                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

Doc#47866